# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIENNE PHELAN as Legal Representative of the Estate of ROBERT PHELAN, <br><br> Plaintiff, <br><br> v. <br><br> ADC SUPPLY CORP., et al., <br><br> Defendants. | Civil Action No. 1:20-cv-02393 (LJL) |

Rule 41 addresses dismissal of actions rather than dismissal of parties. Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will DISMISS WITHOUT PREJUDICE the complaint as against Defendant Silkorsky Aircraft Corporation. The Clerk of Court is respectfully directed to terminate Dkt. No. 30 and to terminate that party.

5/13/2020

LEWIS J. LIMAN
United States District Judge

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant, Sikorsky Aircraft Corporation, pursuant to the Federal Rule of Civil Procedure (41)(a)(1)(A)(ii).

IT IS FURTHER STIPULATED AND AGREED that each party is to bear its own attorneys' fees, expenses and costs.

Dated: Roseland, New Jersey
       May 13, 2020

*Arthur D. Bromberg*
Arthur D. Bromberg, Esq.
Marshall Dennehey Warner Coleman & Goggin, P.C.
Counsel for Sikorsky Aircraft Corporation
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
Telephone: (973) 618-4100
Facsimile: (973) 618-0685
adbromberg@mdwcg.com

Hogan Leatherwood, Esq.
Robins Cloud, LLP
Attorney for Plaintiff, Adrienne Phelan as Legal Representative of the Estate of Robert Phelan
2000 West Loop South
Suite 2200
Houston, Texas 77027
Telephone: (713) 650-1200
hleatherwood@robinscloud.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 13th day of May, 2020, a copy of the foregoing ***Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii)*** was filed electronically this day and is available for viewing from the Court's ECF system. Notice of this filing will be sent to all counsel of record via the Court's ECF system.

*Arthur D. Bromberg*
**Arthur D. Bromberg**