UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                         :

ADRIENNE PHELAN,                         :
*As legal representative of the estate of Robert Phelan*,  :

                         :

            Plaintiff,           :           20-cv-2393 (LJL)

                         :

        -v-                 :           ORDER
ADC SUPPLY CORP. ET AL,             :

                         :

           Defendants.       :

                         :
--------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On July 1, 2020, the Court asked all defendants whether any had an objection to Plaintiff's Motion for Leave to File a Second Amended Complaint (Dkt. No. 142).  None voiced objection.  The Court further ordered that, no later than July 10, 2020 at 5:00 p.m., any party who objects to Plaintiff's Motion for Leave to File a Second Amended Complaint shall file a written objection on ECF.

No objection has been received.

IT IS HEREBY ORDERED that Dkt. No. 142 is GRANTED.

SO ORDERED.

Dated: July 10, 2020                _____
      New York, New York                LEWIS J. LIMAN
                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2020