UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/21/2020__
```

-----------------------------------------------------------------------X
                      :

ADRIENNE PHELAN,               :
*As legal representative of the estate of Robert Phelan,*  :

             Plaintiff,    :        20-cv-2393 (LJL)
                      :

          -v-           :        <u>ORDER</u>
ADC SUPPLY CORP. ET AL,       :
                      :

            Defendants.  :
                      :

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      For the reasons stated in Dkt. No. 161, and noting that remand is not opposed by the plaintiff (Dkt. No. 163) and that no objection has been received by any defendant within the time period allotted by the Court's order of July 15, 2020 (Dkt. No. 164), IT IS HEREBY ORDERED that this case is REMANDED to state court.

      The Clerk of Court is respectfully directed to take all actions necessary to effectuate the remand.

      SO ORDERED.

Dated: July 21, 2020
     New York, New York           _____
                                 LEWIS J. LIMAN
                             United States District Judge